# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT THEOPHILUS DAUPHIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETE GREEN, SECRETARY )<br>OF THE ARMY, )<br>)<br>Defendant. ) | Case No. CV409-141 |

## ORDER

Plaintiff Robert Theophilus Dauphin seeks leave to file this employment, race-discrimination case against "Pete Green, Secretary of the Army" -- apparently without prepayment of the Court's filing fee. Doc. 1 at 1 (Dauphin used an in forma pauperis (IFP) complaint form but failed to select the IFP request; yet, he paid no filing fee). He also seeks appointment of counsel. *Id.* The Court will not reach any matter in this case because plaintiff has failed to sign the form complaint that he just filed. Thus, plaintiff shall have 15 days from the date this Order is served upon him to either re-file the complaint with his signature on it or visit

the Clerk's office and sign the complaint that he has filed. Otherwise, the Court will recommend that his complaint be dismissed without prejudice.

Plaintiff, for that matter, should research the statute of limitations for his case, as his entire claim appears to be time-barred. He filed his unsigned form complaint on September 10, 2009, after receiving an August 18, 2008 Department of Army Equal Employment Opportunity Office letter reminding him that he had "received the Notice of Right to File a Formal Complaint of Discrimination on July 9, 2008." Doc. 1 at 5. This is a deadline-sensitive area. *See, e.g., Belgrave v. Pena*, 254 F.3d 384, 386 (2nd Cir. 2001) (aggrieved employee may file a civil action (i) within 90 days of notice of a final agency decision on his or her EEO complaint, or (ii) after 180 days from the filing of the EEO complaint if the agency has not yet rendered a decision); *Robinson v. Jojanns*, 147 F. App'x 922, 924 (11th Cir. 2005) (failure of 60-year-old black male federal employee to initiate contact with an EEO counselor within 45 days of effective date of decision to deny him a promotion required dismissal of his claims of age, sex, and race discrimination which were based on that decision). From the face of Dauphin's filed complaint, it appears that his

case may be time-barred.

    **SO ORDERED** this  24th  day of September, 2009.

                                    **/s/ G.R. SMITH**
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **SOUTHERN DISTRICT OF GEORGIA**