ROBERT THEOPHILUS DAUPHIN, )
)
    Plaintiff, )
)
v. ) Case No. CV409-141
)
PETE GEREN, SECRETARY )
OF THE ARMY, )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7th day of October, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA